01-15-00914-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

October 15, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 2:31:12 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE RUBEN GUERRERO
174TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name: TONY GONZALES

Cause No: 1438405

Court: 174TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 10/07/15
**Sentence Imposed Date:** 09/17/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651



FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2015 OCT -7 AM 11: 10

BY_____
CRIMINAL CUSTOMER SERVICE

Cause No 1438405

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 174TH JUDICIAL |
| | § | CRIMINAL CUSTOMER |
| VS | § | DISTRICT COURT SERVICE |
| | § | |
| TONY GONZALES | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW the Defendant in the above styled and numbered cause and would show the Court as follows

I.

That on the 17th day of September, 2015, the Defendant was found guilty by a jury and sentenced by the Judge to 65 years to the Institutional Division, TDCJ

II

That the Defendant hereby gives written Notice of Appeal from said judgment of conviction and sentenced to the Court of Appeals for the 1st or 14th Supreme Judicial District of Texas at Houston, Texas, under the authority of Tex.Cr App R 40(b), within 90 days of the date of sentencing

Respectfully submitted,

**REYES, & REYES-CASTILLO, P.C.**

_____
FRUMENCIO REYES, JR
Attorney for Defendant
3715 North Main
Houston, Texas 77009
(713) 864-4700
FAX NO.. 880-2902
TBN 16794400
reyeslawoffice@sbcglobal net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was mailed,

postage prepaid, to the District Attorney for Harris County Courthouse, Harris County, Texas on

September 29, 2015.

_____
FRUMENCIO REYES, JR

 

Cause No. 143 8405

THE STATE OF TEXAS

x
Tony Gonzales
, Defendant

IN THE 17th DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case·

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal [or]
- [ ] the defendant has waived the right of appeal.

_____
Judge

10/13/2015
_____
Date Signed

**FILED**
Chris Daniel
District Clerk

OCT 13 2015

Time: _____
Harris County, Texas
By _____
Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure  I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals  TEX. R. APP. P. 68.2  I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit  I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

( IN TDC
_____
Defendant

Mailing Address _____

Telephone number· _____

Fax number (if any): _____

Francisco Reyes
_____
Defendant's Counsel

State Bar of Texas ID number 16794400

Mailing Address 3715 N. main St

Telephone number· 713 864 4700

Fax number (if any) 713 880 2902

* "A defendant in a criminal case has the right of appeal under these rules  The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order  In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only  (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal ' TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

# APPEAL CARD 1st

Court 17474

Cause No. 1438405

1-16-15

The State of Texas

Vs.

Gonzales, Tony

09-17-15

Date Notice Of Appeal: 10/7/2015

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding Ruben Guerrero

Court Reporter_____

Court Reporter_____

Court Reporter_____

Attorney on Trial Robert Valles

Attorney on Appeal_____

Appointed_____ Hired_____

Offense Murder

Jury Trial Yes ✓ No_____

Punishment Assessed 65 YEARS TDC

Companion Cases (If Known) N/A

Amount of Appeal Bond N/A

Appellant Confined: Yes ✓ No_____

Date Submitted To Appeal Section 22/09/17

Deputy Clerk _____